ELLEN J. GALLAGHER, Respondent-Appellant, v EDWARD R. GALLAGHER, Appellant-Respondent.

Submitted July 9, 2012; decided September 18, 2012

Motion by Edward R. Gallagher for leave to appeal denied. Motion by Ellen J. Gallagher for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion by Ellen J. Gallagher for other relief denied.

WILFREDO LOPEZ, Appellant, v RICHARD A. FENN, Respondent, et al., Defendants.

Submitted July 2, 2012; decided September 18, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

TEDDY MOORE, Appellant, v FRANK GUERRA, Defendant, and CHRISTOPHER BRAMWELL et al., Respondents.

Submitted July 23, 2012; decided September 18, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Butler v New York City Tr. Auth.*, 67 AD3d 620 [2009], *lv dismissed* 14 NY3d 909 [2010]). Motion for poor person relief dismissed as academic.